UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT

2009 FEB -3 P 2: 16

| | |
|---|---|
| AMANDA HEBERT, ET AL | |
| VERSUS | CIVIL ACTION |
| HANCO NATIONAL INSURANCE COMPANY, ET AL | NO. 07-362-C |

CONSOLIDATED WITH

| | |
|---|---|
| MALCOLM HUTCHERSON | |
| VERSUS | CIVIL ACTION |
| KAMALJIT KAUR, ET AL | NO. 08-397-C |

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 18, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's motion to remand (rec.doc. 6, CV08-397) and motion/request for ruling of previously filed motion for remand under CV08-397 (rec. doc. 28, CV07-362) will be granted, and CV08-397-RET-DLD will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, February 3, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA